NELSON P. COHEN
United States Attorney

STEVEN E. SKROCKI
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.  3:03-cr-00107-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **MOTION OF THE UNITED** |
| vs. | ) | **STATES TO DISMISS ARREST** |
| | ) | **WARRANT** |
| DANIEL DeNARDO, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |

    The United States files with the court a motion to Dismiss the Warrant of Arrest in the above captioned case. The matter has been resolved and the warrant need no longer remain active or pending with the court.

RESPECTFULLY SUBMITTED this 11th day of July, 2006, in Anchorage, Alaska.

NELSON P. COHEN
United States Attorney

  /s Steven E. Skrocki
Steven E. Skrocki
Assistant U.S. Attorney
222 West 7th Ave., #9, Rm. 253
Anchorage, AK 99513-7567
Phone: (907) 271-3380
Fax: (907) 271-1500
E-mail: steven.skrocki@usdoj.gov
AK #0108051

**CERTIFICATE OF SERVICE**

I declare under penalty of perjury that a true and correct copy of the foregoing was sent to:

Daniel DeNardo
P O Box 100682
Anchorage, AK 99510-0682

Executed at Anchorage, Alaska, on July 11, 2007.

  s/ Steven E. Skrocki