IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00107-JDR |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **[PROPOSED] ORDER GRANTING MOTION OF THE UNITED STATES TO DISMISS ARREST WARRANT** |
| DANIEL DeNARDO, | ) | |
| Defendant. | ) | |

Having considered the Government's Motion to Dismiss Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the Government's request is **GRANTED**.

IT IS SO ORDERED.

DATED this ____ day of _____, 2007, at Anchorage, Alaska.

_____
JOHN D. ROBERTS
UNITED STATES MAGISTRATE JUDGE