IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 3:03-cr-00107-JDR |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **MOTION OF THE UNITED** |
| | ) | **STATES TO DISMISS** |
| DANIEL DeNARDO, | ) | **ARREST WARRANT** |
| | ) | |
| Defendant. | ) | |
| | ) | |

    Having considered the Government's Motion [16] to Dismiss Arrest Warrant filed in the above captioned case, IT IS HEREBY ORDERED that the arrest warrant for the above named defendant is hereby recalled and QUASHED.

    DATED this 11th day of July, 2007, at Anchorage, Alaska.

                                          /s/John D. Roberts
                                          JOHN D. ROBERTS
                                          UNITED STATES MAGISTRATE JUDGE