NELSON P. COHEN
United States Attorney

AUDREY J. RENSCHEN
Assistant U. S. Attorney
Federal Building & U.S. Courthouse
222 W. 7th Avenue, #9, Rm. C-253
Anchorage, AK  99513-7567
Phone: (907) 271-5071
Fax: 907-271-1500
email: audrey.renschen@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNTIED STATES OF AMERICA,         ) | Case No. 3:03-cr-00107-JDR |
| )                                   | |
| Plaintiff,      ) | |
| ) | STATUS REPORT PURSUANT TO |
| vs.                             ) | COURT'S ORDER |
| ) | |
| DANIEL DENARDO ,                ) | |
| ) | |
| Defendant.      ) | |
| ) | |

COMES NOW the United States of Attorney's Office, by and through counsel, pursuant to the court's order, and hereby reports that this action is not resolved and the above-named defendant remains a fugitive.  Accordingly, the warrant of arrest should remain outstanding.

RESPECTFULLY SUBMITTED this 28th day of August, 2007, in Anchorage, Alaska.

    NELSON P. COHEN
    United States Attorney

    s/ Audrey J. Renschen
    Assistant U. S. Attorney
    Federal Building & U.S. Courthouse
    222 W. 7th Avenue, #9, Rm. C-253
    Anchorage, AK  99513-7567
    Phone: (907) 271-5071
    Fax: 907-271-1500
    email: audrey.renschen@usdoj.gov